IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00046-M-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLAYTON JAMES WRIGHT JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on a letter filed by Defendant and construed liberally as a pro se motion for appointment of new counsel [DE 216]. A sentencing hearing in this case is scheduled during the October 21, 2025 term of court.

The court VACATES the sentencing hearing until this matter is resolved. The court will hear Defendant's motion during the October 21, 2025 term of court.

SO ORDERED this 1st day of October, 2025.

RICHARD E. MYERS II
Chief United States District Judge