IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00046-M-BM-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CLAYTON JAMES WRIGHT JR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Defendant's motion to vacate the hearing [DE 222] on his pending pro se motions for new counsel [DE 216, 219]. For good cause shown, the motion to vacate is GRANTED as follows. In light of the most recent information provided by Defendant, the court VACATES the hearing scheduled on October 21, 2025, and DENIES Defendant's pro se motions as moot. Defendant's sentencing hearing shall be held on **October 21, 2025, at 2:45 p.m.** in Courtroom 1, Wilmington.

SO ORDERED this ___15th___ day of October, 2025.

RICHARD E. MYERS II
Chief United States District Judge